EDWIN LICHTIG, Respondent, *v.* HEWLETT EMBROIDERY
WORKS, Appellant.

*Lichtig* v. *Hewlett Embroidery Works*, 176 App. Div. 908, appeal
dismissed.
(Argued April 16, 1917; decided April 24, 1917.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered January 27, 1917, affirming a
judgment in favor of plaintiff entered upon a verdict in
an action to recover for an alleged breach of contract.

The motion was made upon the grounds that the Appel-
late Division had unanimously decided that the verdict
was supported by the evidence; that no questions of law

were involved; that the exceptions were frivolous and the appeal taken solely for purpose of delay.

*Arnold Lichtig* for motion.

*Alexander Mayper* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.